IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARUS HOLDINGS INC.,** § | |
| *Plaintiff* § | |
| § | W-19-CV-00432-ADA |
| -v- § | |
| § | |
| **APPLE INC.,** § | |
| *Defendant* § | |

## ORDER CONSOLIDATING CASES

This case appears to be related to *Parus Holdings Inc. v. Google LLC* (6:19-cv-00433) ,*Parus Holdings Inc. v. LG Elecs., Inc.* (6-19-cv-00437), *Parus Holdings Inc. v. Samsung Elecs. Co., Ltd.* (6-19-cv-00438), and *Parus Holdings Inc. v. Amazon.Com, Inc.* (6-19-cv-00454). As such, the interests of justice and convenience of the parties are best served by consolidating the actions. Accordingly, it is

**ORDERED** that **6:19-cv-00433**, **6:19-cv-00437**, **6:19-cv-00438**, and **6:19-cv-00454** be consolidated under this case.

The Clerk of the Court is directed to consolidate **6:19-cv-00432**, **6:19-cv-00433**, **6:19-cv-00437**, **6:19-cv-00438**, and **6:19-cv-00454**, where **6:19-cv-00432** is the lead case.

**SIGNED** this 20th day of December, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE