# Exhibit A

sf-4155508

| Proposed Dates | Item |
|---|---|
| 12/20/2019 | Case Management Conference Date |
| 1/3/2020 | Deadline for parties to submit an agreed Scheduling Order.  If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of each Order briefly setting forth their respective positions on items where they cannot agree. |
| 1/10/2020 | Deadline for Motions to Transfer |
| 2/7/2020 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |
| 4/10/2020 | Parties exchange claim terms for construction |
| 5/1/2020 | Parties exchange proposed claim constructions |
| 5/8/2020 | Parties disclose extrinsic evidence.  The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness.  With respect to any expert identified, the parties shall also provide a summary of the witness's expected testimony including the opinions to be expressed and a general description of the basis and reasons therefore.  A failure to summarize the potential expert testimony in a good faith, informative fashion may result in the exclusion of the proffered testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 5/15/2020 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions |
| 6/5/2020 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| 6/26/2020 | Parties file Responsive claim construction briefs. |
| 7/17/2020 | Parties file Reply claim construction briefs. |

| Proposed Dates | Item |
|---|---|
| 7/31/2020 | Parties submit Joint Claim Construction Statement, optional tutorials, and consolidated briefing collated by Opening, Response, and Reply in Microsoft Word format. |
| 8/21/2020 | Markman Hearing [full day] |
| 8/28/2020 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 10/02/2020 | Deadline to add parties |
| 10/30/2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| 11/13/2020 | Deadline to amend pleadings.  A motion is not required unless the amendment adds patents or claims. |
| 2/5/2021 | Close of Fact Discovery |
| 2/19/2021 | Opening Expert Reports |
| 3/19/2021 | Rebuttal Expert Reports |
| 4/9/2021 | Close of Expert Discovery |
| 4/16/2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| 4/23/2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| 5/7/2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, designations) |
| 5/21/2021 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 5/28/2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine.* |
| 6/9/2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, designations); file oppositions to motions *in limine.* |
| 6/18/2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 6/29/2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| 7/2/2021 | Final Pretrial Conference |
| 7/12/2021 – 7/30/2021 | Predicted Jury Selection/Trial |