IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 6:19-CV-432-ADA |
| ) | |
| APPLE INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | **[LEAD CASE]** |
| ) | |
| ) | |
| | |
| PARUS HOLDINGS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 6:19-CV-438-ADA |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD. and ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**SAMSUNG'S OPPOSED MOTION TO TRANSFER FOR FORUM NON CONVENIENS**

1