UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC., | C.A. No. 6:19-CV-432-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| APPLE INC., | **[LEAD CASE]** |
| Defendant | |
| PARUS HOLDINGS INC., | C.A. N. 6:19-CV-438-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

**DECLARATION OF JI SOO YI IN SUPPORT OF SAMSUNG'S MOTION TO TRANSFER FOR FORUM NON CONVENIENS**