**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| PARUS HOLDINGS INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant. | C.A. No.: 6:19-cv-00432-ADA<br>**(Lead Case)**<br><br><u>JURY TRIAL DEMANDED</u> |
| PARUS HOLDINGS INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | C.A. No.: 6:19-cv-00433-ADA<br>(Consolidated Case) |
| PARUS HOLDINGS INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>LG ELECTRONICS INC. and LG<br>ELECTRONICS U.S.A., INC.,<br><br>        Defendants. | C.A. No.: 6:19-cv-00437-ADA<br>(Consolidated Case) |

|  |  |
|---|---|
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, <br><br> Defendants. | C.A. No.: 6:19-cv-00438-ADA (Consolidated Case) |
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | C.A. No.: 6:19-cv-00454-ADA (Consolidated Case) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. No. 85), Plaintiff Parus Holdings Inc. ("Plaintiff") and Defendant Apple Inc. and Consolidated Defendants Google LLC, LG Electronics, Inc., LG Electronics USA, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Amazon.com, Inc. (collectively "Defendants") submit this Joint Claim Construction Statement for the asserted claims of United States Patent No. 7,076,431 ("the '431 Patent") and United States Patent No. 9,451,084 ("the '084 Patent").

The chart below identifies: the disputed claims terms for each patent; the claims in which each disputed claim term appears in which patent; which side or party proposed each claim term for construction; and each side or party's proposed constructions for each disputed claim term.

## TABLE OF DISPUTED CLAIM TERMS FOR CONSTRUCTION

| U.S. Patent Nos. 7,076,431 & 9,451,084 | | | |
|---|---|---|---|
| **Claim(s)** | | **Plaintiff's Proposed Construction** | **Defendants' Proposed Constructions** |
| **Plaintiff Proposed Claim Terms** | | | |
| **'431: 1 '084: 1** | "voice enabled device" | "a wired or wireless voice communication device associated with audio input (e.g., a microphone) and audio output (e.g., a speaker) capabilities" | **All Defendants**: "wireline or wireless telephone, IP phone, wireless PDA, or other wireless device" |
| **Jointly Proposed Claim Terms** | | | |
| **'431: 1, 5, 6 '084: 1, 5, 6** | "speaker-independent speech recognition device" | "device capable of recognizing spoken audible inputs that need not be trained to recognize the voice patterns of an individual user" | **Amazon, Apple:** "speech recognition device that does not adapt to individual speakers" **Google, LG, Samsung:** "speech recognition device that does not use predefined voice patterns to recognize spoken words" |
| **'431: 1 '084: 1** | "recognition grammar" | "what a user can say in natural language that will be recognized by the speech recognition device" | **Google, LG, Samsung:** "a predefined subset of words and predefined rules specifying the sequences in which a user can put those words so that they can be recognized by the speech recognition engine" **Amazon, Apple:** "predefined set of words and phrases a user can say that will be recognized by the speech recognition engine" |
| **Defendants Proposed Claim Terms** | | | |
| **'431: 1, 7, 9, 10, 13, 14 '084: 1, 7, 10, 14** | "web site" | Plain and ordinary meaning | **All Defendants**: "collection of linked and related web pages for browsing by a user with a web browser" |

| U.S. Patent Nos. 7,076,431 & 9,451,084 | | | |
|---|---|---|---|
| **Claim(s)** | | **Plaintiff's Proposed Construction** | **Defendants' Proposed Constructions** |
| **'431: 1**<br>**'084: 1** | select the corresponding recognition grammar upon receiving [said/the] speech command | Plain and ordinary meaning | **Amazon, Google, LG, Samsung:** "upon receiving [said/the] speech command, select the recognition grammar for the corresponding category of information" |
| **'431: 1**<br>**'084: 1** | "instruction set for identifying [said/the] information to be retrieved" | Plain and ordinary meaning | **Amazon:** Governed by pre-AIA 35 U.S.C. § 112, ¶ 6.<br>Function: identifying [said/the] information to be retrieved<br>Structure: Indefinite |
| **'431: 1**<br>**'084: 1** | "access at least one of [said/the] plurality of web sites identified by [said/the] instruction set to obtain [said/the] information to be retrieved" | Plain and ordinary meaning | **Google, LG, Samsung:** "search at least one of [said/the] plurality of web sites identified by [said/the] instruction set to obtain [said/the] information to be retrieved, not including retrieving a specific resource from a specific web site" |
| **'084: 1** | "the speech command comprising an information request provided by the user" | Plain and ordinary meaning | **Google, LG, Samsung:** Indefinite |
| **'431: 1** | "said computer configured to first access said first web site of said plurality of web sites and, if said information to be retrieved is not found at said first web site, said computer configured to sequentially access said plurality of web sites until said information to be retrieved is found or until said plurality of web sites has been accessed" | Plain and ordinary meaning | **Amazon:** Governed by pre-AIA 35 U.S.C. § 112, ¶ 6.<br>Function: first accessing said first web site of said plurality of web sites and, if said information to be retrieved is not found at said first web site, sequentially accessing said plurality of web sites until said information to be retrieved is found or until said plurality of web sites has been accessed<br>Structure: computer performing algorithm described in the specification of the '431 Patent at 7:14-34 and Tables 3, 4. |

| U.S. Patent Nos. 7,076,431 & 9,451,084 | | | |
|---|---|---|---|
| **Claim(s)** | | **Plaintiff's Proposed Construction** | **Defendants' Proposed Constructions** |
| **'084: 1** | "the computing device configured to access a first web site of the plurality of web sites and, if the information to be retrieved is not found at the first web site, the computer configured to access the plurality of web sites remaining in an order defined for accessing the listing of web sites until the information to be retrieved is found in at least one of the plurality of web sites or until the plurality of web sites have been accessed" | Plain and ordinary meaning | **Amazon:** Governed by pre-AIA 35 U.S.C. § 112, ¶ 6. <u>Function</u>: accessing a first web site of the plurality of web sites and, if the information to be retrieved is not found at the first web site, accessing the plurality of web sites remaining in an order defined for accessing the listing of web sites until the information to be retrieved is found in at least one of the plurality of web sites or until the plurality of web sites have been accessed <u>Structure</u>: computer performing algorithm described in the specification of the '084 Patent at 7:27-48 and Tables 3, 4. |

Dated: July 31, 2020                    Respectfully submitted,


                                        /s/ *Andrew H. DeVoogd*
                                        T. John Ward, Jr.
                                           Texas State Bar No. 00794818
                                           E-mail: jw@wsfirm.com
                                        Charles Everingham IV
                                           Texas State Bar No. 00787447
                                           E-mail: ce@wsfirm.com
                                        Andrea L. Fair
                                           Texas State Bar No. 24078488
                                           E-mail: andrea@wsfirm.com
                                        Claire Abernathy Henry
                                           Texas State Bar No. 24053063
                                           E-mail: claire@wsfirm.com
                                        WARD, SMITH & HILL, PLLC
                                        PO Box 1231
                                        Longview, Texas 75606-1231
                                        Tel: 903-757-6400
                                        Fax: 903-757-2323

                                        Michael T. Renaud
                                           Massachusetts BBO No. 629783
                                           E-mail: MTRenaud@mintz.com
                                        Michael J. McNamara
                                           Massachusetts BBO No. 665885
                                           E-mail: MMcNamara@mintz.com
                                        Andrew H. DeVoogd
                                           Massachusetts BBO No. 670203
                                           E-mail: AHDeVoogd@mintz.com
                                        Courtney P. Herndon
                                           Massachusetts BBO No. 693418
                                           E-Mail: CHerndon@mintz.com
                                        MINTZ LEVIN COHN FERRIS
                                           GLOVSKY AND POPEO PC
                                        One Financial Center
                                        Boston, MA 02111
                                        Tel: (617) 542-6000
                                        Fax: (617) 542-2241
                                        www.mintz.com

                                        *Attorneys for Plaintiff Parus Holdings Inc.*

*/s/ Bita Rahebi*
Bita Rahebi, Admitted *Pro Hac Vice*
Email: brahebi@mofo.com
Hector G. Gallegos, Admitted *Pro Hac Vice*
Email: hgallegos@mofo.com
Rose S. Lee, Admitted *Pro Hac Vice*
Email: roselee@mofo.com
Matthew C. Callahan, Admitted *Pro Hac Vice*
Email: mcallahan@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454

J. Stephen Ravel
Texas State Bar No. 16584975
Email: steve.ravel@kellyhart.com
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429

**Attorneys for Defendant Apple Inc.**


*/s/ Luann L. Simmons*
Steve McConnico
Texas State Bar No. 13450300
Email: smcconico@scottdoug.com
Paige Arnette Amstutz
Texas State Bar No. 00796136
Email: pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399

Darin W. Snyder (*Pro Hac Vice*)
Email: dsnyder@omm.com
Luann L Simmons (*Pro Hac Vice*)
Email: lsimmons@omm.com
David S. Almeling (*Pro Hac Vice*)
 Email: dalmeling@omm.com
Mark Liang (*Pro Hac Vice*)
Email: mliang@omm.com

6

Bill Trac (*Pro Hac Vice*)
Email: btrac@omm.com
Daniel Silverman (*Pro Hac Vice*)
Email: dsilverman@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
Fax: 415-984-8701

**Attorneys for Defendant Google LLC**

*/s/ Luann L. Simmons*
Steve McConnico
Texas State Bar No. 13450300
Email: smcconico@scottdoug.com
Paige Arnette Amstutz
Texas State Bar No. 00796136
Email: pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399

Darin W. Snyder (*Pro Hac Vice*)
Email: dsnyder@omm.com
Luann L Simmons (*Pro Hac Vice*)
Email: lsimmons@omm.com
David S. Almeling (*Pro Hac Vice*)
Email: dalmeling@omm.com
Mark Liang (*Pro Hac Vice*)
Email: mliang@omm.com
Bill Trac (*Pro Hac Vice*)
Email: btrac@omm.com
Daniel Silverman (*Pro Hac Vice*)
Email: dsilverman@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
Fax: 415-984-8701

*Attorneys for Defendants LG Electronics Inc.
and LG Electronics U.S.A., Inc.*

/s/ Michael E. Jones
Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

Kevin P.B. Johnson
Victoria F. Maroulis
Todd Briggs
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000

Marissa Ducca
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street NW, Suite 900
Washington DC 20005
Tel: (202) 538-8000

*Attorneys for Defendants Samsung Electronics
Co., Ltd. and Samsung Electronics America,
Inc.*

/s/ Saina S. Shamilov
J. David Hadden, CSB No. 176148
(Admitted W.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
(Admitted W.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
(Admitted W.D. Tex.)
Email: rranganath@fenwick.com
Min Wu, CSB No. 307512
(Admitted *pro hac vice*)

8

Email: min.wu@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Tel: 650-988-8500
Fax: 650-938-5200

Barry K. Shelton
Texas State Bar No. 24055029
bshelton@sheltoncoburn.com
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Tel: (512) 263-2165
Fax: (512) 263-2166

***Attorneys for Defendant Amazon.com, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 31, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Andrew H. DeVoogd*
Andrew H. DeVoogd
