IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PARUS HOLDINGS INC.,**<br>*Plaintiff*<br><br>-v-<br><br>**APPLE INC.,**<br>*Defendant* | § § § § § § § | **W-19-CV-00432-ADA** |
| **PARUS HOLDINGS INC.,**<br>*Plaintiff*<br><br>-v-<br><br>**GOOGLE LLC,**<br>*Defendant* | § § § § § § § | **W-19-CV-00433-ADA** |
| **PARUS HOLDINGS INC.,**<br>*Plaintiff*<br><br>-v-<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**<br>*Defendants* | § § § § § § § § § | **W-19-CV-00438-ADA** |
| **PARUS HOLDINGS INC.,**<br>*Plaintiff*<br><br>-v-<br><br>**AMAZON.COM, INC.,**<br>*Defendant* | § § § § § § § | **W-19-CV-00454-ADA** |

## CLAIM CONSTRUCTION ORDER

The Court held a Markman hearing on August 21, 2020, during which the Court orally provided the following claim constructions. The Court now enters those claim constructions.

| Claim(s) | Term | Court's Final Construction |
|---|---|---|
| '431:1<br>'084:1 | "voice enabled device" | Plain and ordinary meaning, where the plain and ordinary meaning is not limited to wireline or wireless telephone, IP phone, wireless PDA, or other wireless device, and where the voice enabled device contains an audio input (*e.g.*, a microphone) |
| '431:1,5,6<br>'084:1,5,6 | "speaker-independent speech recognition device" | "speech recognition device that recognizes spoken words without adapting to individual speakers or using predefined voice patterns" |
| '431:1<br>'084:1 | "recognition grammar" | "the words, phrases, and/or sounds a user can say that will be recognized by the speech recognition engine" |
| '431:1, 7, 9, 10, 13, 14<br>'084:1, 7, 10, 14 | "web site" | Plain and ordinary meaning |
| '431:1,<br>'084:1, | "select the corresponding recognition grammar upon receiving [said/the] speech command" | Plain and ordinary meaning |
| '431:1,<br>'084:1, | "instruction set for identifying [said/the] information to be retrieved" | Not subject to § 112, ¶ 6. Plain and ordinary meaning |
| '431:1,<br>'084:1, | "access at least one of [said/the] plurality of web sites identified by [said/the] instruction set to obtain [said/the] information to be retrieved" | Plain and ordinary meaning |
| '084:1, | "the speech command comprising an information request provided by the user" | Not indefinite. Plain and ordinary meaning |
| '431:1, | "said computer configured to first access said first web site of said plurality of web sites and, if said information to be retrieved is not found at said first web site, said computer configured to sequentially access said plurality of web sites until said information to be retrieved is found or until said plurality of web sites has been accessed" | Not subject to § 112, ¶ 6. Plain and ordinary meaning |
| '084:1, | "the computing device configured to access a first web site of the plurality of web sites and, if the information to be retrieved is not found at the first web site, the computer | Not subject to § 112, ¶ 6. Plain and ordinary meaning |

| | configured to access the plurality of web sites remaining in an order defined for accessing the listing of web sites until the information to be retrieved is found in at least one of the plurality of web sites or until the plurality of web sites has been accessed" | |

The Court will enter its memorandum in support of these claim constructions shortly.

**SIGNED** this 8th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE