## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | C.A. No.: 6:19-cv-00432-ADA <br> **(Lead Case)** <br><br> <u>JURY TRIAL DEMANDED</u> |
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No.: 6:19-cv-00433-ADA <br> (Consolidated Case) <br><br> <u>JURY TRIAL DEMANDED</u> |

**ORDER GRANTING JOINT MOTION FOR ENTRY OF
<u>COVID-19 ADDENDUM TO PROTECTIVE ORDER</u>**

Plaintiff Parus Holdings Inc. ("Parus") and Defendant Google LLC ("Google") have filed a Joint Motion for Entry of COVID-19 Addendum to Protective Order (the "Joint Motion"). Having considered the Joint Motion, and good cause having been shown, the Court **GRANTS** the Joint Motion and **ORDERS** the entry of the COVID-19 Addendum, attached to the Joint Motion as Exhibit A.

SIGNED this _____ day of _____, 2020

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE