**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| PARUS HOLDINGS INC.,<br>Plaintiff,<br>v.<br><br>APPLE INC.,<br>Defendant. | ) | Civil Action No. 6:19-cv-432-ADA<br><br>**CONSOLIDATED LEAD CASE** |
| PARUS HOLDINGS INC.,<br>Plaintiff,<br>v.<br><br>GOOGLE LLC,<br>Defendant. | ) | Civil Action No. 6:19-cv-433-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO DISMISS**

The Court, having reviewed the Joint Motion to Dismiss, is of the opinion that the parties' request for dismissal should be granted.

IT IS THEREFORE ORDERED that Parus Holdings Inc.'s claims for relief against Google LLC are dismissed with prejudice.

IT IS FURTHER ORDERED that Google LLC's claims, defenses and/or counterclaims for relief against Parus Holdings Inc. are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 24th day of October, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE